Clayton Leon REEVES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27357.

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the primary offense of burglary with an accompanying allegation of a prior conviction for burglary. His punishment was assessed at 12 years in the penitentiary under Art. 62, P.C.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted and the appeal is dismissed.